```
PHILLIP A. TALBERT
Acting United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

**FILED**
Dec 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-cr-0238 CKD |
| ) Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 13 & Cal. Penal Code § 148(a)(1) – Resisting Arrest; 18 U.S.C. § 113(a)(5) – Simple Assault; and 38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(5) and 1.218(b)(11) – Disorderly Conduct |
| v. ) | |
| SHANE A. HARRIS, ) | |
| ) Defendant. ) | |

I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 13 & Cal. Penal Code § 148(a)(1) – Resisting Arrest]

The United States Attorney charges:  T H A T

SHANE A. HARRIS,

defendant herein, on or about September 8, 2021, at the Sacramento Veterans Affairs Medical Center, County of Sacramento, State and Eastern District of California, within the special maritime and territorial jurisdiction of the United States, did willfully resist, delay, and obstruct a peace officer in the discharge and attempt to discharge any duty of his and her office and employment, in violation

INFORMATION                              1                         U.S. v. SHANE A. HARRIS

of Title 18, United States Code, Section 13 and California Penal Code, Section 148(a)(1), a Class A misdemeanor.

COUNT TWO:     [18 U.S.C. § 113(a)(5) – Simple Assault]

The United States Attorney further charges: T H A T

SHANE A. HARRIS,

defendant herein, on or about September 8, 2021, at the Sacramento Veterans Affairs Medical Center, County of Sacramento, State and Eastern District of California, did unlawfully commit simple assault, in violation of Title 18, United States Code, Section 113(a)(5), a Class B misdemeanor.

COUNT THREE:    [38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(5) and 1.218(b)(11) – Disorderly Conduct]

The United States Attorney further charges:  T H A T

SHANE A. HARRIS,

defendant herein, on or about September 8, 2021, at the Sacramento Veterans Affairs Medical Center, County of Sacramento, State and Eastern District of California, did unlawfully engage in disorderly conduct, which created a loud and unusual noise; which unreasonably obstructed the usual use of entrances, foyers, lobbies, corridors, offices, elevators, stairways, and parking lots; which otherwise impeded and disrupted the performance of official duties by Government employees; and which included the use of loud, abusive, and otherwise improper language, in violation of Title 38, United

///
///
///
///
///

States Code, Section 901 and Title 38, Code of Federal Regulations, Sections 1.218(a)(5) and 1.218(b)(11), a Class B misdemeanor.

DATED: November 18, 2021                PHILLIP A. TALBERT
                                        Acting United States Attorney

                                   By:  /s/ *John E. Scanlon*
                                        JOHN E. SCANLON
                                        Special Assistant U.S. Attorney

## **PENALTY SLIP**

**UNITED STATES v. SHANE A. HARRIS**

**COUNT ONE:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 13 and Cal. Penal Code § 148(a)(1) – Resisting Arrest |
| PENALTY: | Imprisonment of not more than one year, a fine of $1,000.00, or both. |
| SPECIAL ASSESSMENT: | $25.00 |

**COUNT TWO:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 113(a)(5) – Simple Assault. |
| PENALTY: | Imprisonment of not more than six months, a fine of $5,000.00, or both. |
| SPECIAL ASSESSMENT: | $10.00 |

**COUNT THREE:**

| | |
|---|---|
| VIOLATION: | 38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(5) and 1.218(b)(11) – Disorderly Conduct. |
| PENALTY: | Imprisonment of not more than six months, a fine of $250.00, or both. |
| SPECIAL ASSESSMENT: | $10.00 |