UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 10, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SHANE A. HARRIS,<br><br>  Defendant. | Case No.  2:21-CR-00238-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHANE A. HARRIS , Case No.  2:21-CR-00238-CKD  Charge  Failure to Appear , from custody for the following reasons: for the following reasons:

  X    Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): _____ .

Issued at Sacramento, California on December 10, 2021 at 3:09 p.m.

Dated:  December 10, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE