# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

USDC Case Number: **2:21-cr-238-CKD2:21-cr-238-CKD**

v.

**JUDGMENT IN CRIMINAL CASE**

**SHANE A. HARRIS**

**(Class A Misdemeanor)**

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 18 USC § 13 and Cal. Penal Code § 148(a)(1)18 USC § 13 and Cal. Penal Code § 148(a)(1) | Willfully Resisting, Delaying, and Obstructing Any Officer in the Discharge or Attempt to Discharge Any Duty of Employment Willfully Resisting, Delaying, and Obstructing Any Officer in the Discharge or Attempt to Discharge Any Duty of Employment (Class A Misdemeanor) |
| 18 USC § 113(a)(5) | Simple Assault Within the Special Maritime and Territorial Jurisdiction of the United States (Class B Misdemeanor) |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

**You are CREDITED with TIME SERVED for the dates the you were in custody, 12/9/21 to 12/10/21.**

☒ **PAY** a special assessment of $35.00, due immediately or no later than 4/18/2022.

☒ **UNSUPERVISED COURT PROBATION** for a term of 12months.  Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the U.S. Attorney's Office within seventy-two hours of being arrested; and
4. The defendant shall notify the U.S. Attorney's Office ten days prior to any change in residence.

   **While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

   **IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely.  If your conviction also involves a moving violation, an abstract could be placed on your driving record.  The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED:  2/24/2022

/s/ Carolyn K. Delaney

**Carolyn K. Delaney**
United States Magistrate Judge

CRD  Initials: jcs